

AMENDED Complaint # (3)

CMC

FILED
6/26/2015 PH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

RECEIVED EAA

JUN 19 2015
6-19-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Byron K. Moore
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

City of Chicago
Police, S.W.A.T
Team Members / Gregory Insley #14260
P.O Cuomo And
P.O. Manzo

Case No: 14C 9313
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Byron K. Moore

   B. List all aliases: _____

   C. Prisoner identification number: 20121202107

   D. Place of present confinement: Cook County Jail

   E. Address: 2608 S. California, Chicago Ill. 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Gregory Insley #14260 (Leader)

   Title: P.O. SWAT team

   Place of Employment: Chicago police 3500 S. Michigan

   B. Defendant: P.O. SWAT team member / Cuomo #5853

   Title: S.W.A.T team P.O

   Place of Employment: 35th So Michigan

   C. Defendant: P.O. Manzo #11630

   Title: S.W.A.T team member P.O

   Place of Employment: 35th So. Michigan

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 14 C . 9313 Log No. 1072609

B. Approximate date of filing lawsuit: Nov. 16. 2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: GREGORY INSLEY #14260 (S.W.A.T Team Leader) P.O CUOMO #5853 And P.O MANZO #11630

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District Court

F. Name of judge to whom case was assigned: Ronald A. Guzman — Judge Geraldine Soat Brown

G. Basic claim made: Excessive Force complaint — Damage to Nervous System — Causes irregular Heart Beat And Twitching.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ~~Stea~~ Still Pending.

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the 11-29-12, at around 6PM ocording to Police Report, I was laying on the floor of the place of this incadent when S.W.A.T team members Gregory Insley forced there way in door and without warning tazed me twice, when I gave no Resistance, and have no weapon on, was I trying to run away or showing any threat to anyone. The shots that were deployed by officer's shot elecpccurrents, that caused me and my heart to have irregular beat, and damage to my nervous system perminately.

4   Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be Awarded for Suffering pain, And damage to my Heart And Nervous System for unnessasary - Excessive force used Against me. Thank you

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __6__ day of __10__, 20 __15__

6-10-15

Byron K. Moore

(Signature of plaintiff or plaintiffs)

Byron K. Moore

(Print name)

20/2/202107

(I.D. Number)

2608 So. California

Chicago Ill. 60608

(Address)

6

Revised 9/2007