# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Byron K. Moore, | ) | |
| (2012-1202107) | ) | Case No. 2014 C 9313 |
| Plaintiff, | ) | |
| v. | ) | Judge Ronald A. Guzman |
| | ) | |
| Chicago Police Department S.W.A.T., | ) | |
| Gregory Insley, P.O. Cuomo and | ) | |
| P.O. Manzo, | ) | |
| | ) | |
| Defendants. | ) | |

## STATUS REPORT ON DISCOVERY

Per the Court's February 6, 2019 Order, Defendants were instructed to file a report by February 8, 2019, "indicating all discovery has been delivered." (ECF #124). On February 6, 2019, Defendants tendered all discovery to Plaintiff by hand delivery, and Plaintiff acknowledged receipt. Pursuant to their obligations under Rule 26(e), Defendants will supplement their disclosures if more responsive documents become available.

Dated: February 8, 2019         Respectfully submitted,

                                */s/ David T. Hartmann*
                                Assistant Corporation Counsel

Jennifer Bagby, Chief Assistant Corporation Counsel
David T. Hartmann, Assistant Corporation Counsel
Emily Dory, Assistant Corporation Counsel
City of Chicago, Department of Law
Federal Civil Rights Litigation Division
30 N. LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-0747
Atty No: 6309201
david.hartmann@cityofchicago.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2019, I provided service of the foregoing Status Report on Discovery to all attorneys of record via the Court's electronic filing system.

                                                  /s/ David T. Hartmann
                                                Assistant Corporation Counsel